IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY E. SMITH, | ) | No. C 12-04859 EJD (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SERGEANT M. BLOISE, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant civil rights action without leave to amend. A judgment of dismissal with prejudice is entered.

The Clerk shall close the file.

DATED: 1/28/2013

EDWARD J. DAVILA
United States District Judge

Judgment
04859Smith_judgment.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY E. SMITH,<br><br>　　　　　Plaintiff,<br><br>  v.<br><br>SERGEANT M. BLOISE, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case Number CV 12-04859 EJD (PR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/29/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Jerry Eugene Smith**
H-44485
San Quentin State Prison
San Quentin, CA 94964

DATED: _____1/29/2013_____
　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk

Judgment
04859Smith_judgment.wpd　　　　　　　　2